UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JUSTIN EDMISTEN,<br><br>　　　　　Petitioner,<br>　v.<br>WILLIAM L. GITTERE, et al.,<br><br>　　　　　Respondents. | Case No. 3:21-cv-00517-LRH-WGC<br><br>ORDER |

　　Petitioner has submitted a *pro se* petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254 (ECF No. 1-1).  Petitioner has not submitted an application to proceed *in forma pauperis* or paid the filing fee.  Accordingly, this matter has not been properly commenced.  28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

　　Thus, the present action will be dismissed without prejudice to the filing of a new petition in a new action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

　　It does not appear from the papers presented that a dismissal without prejudice will materially affect a later analysis of any timeliness issue with regard to a new action filed in a timely manner.[1]  Petitioner at all times remains responsible for properly exhausting his claims, for calculating the running of the federal limitation period as applied to his case, and for properly commencing a timely-filed federal habeas action.

---

[1] Petitioner includes with his submission copies of several state-court proceedings and orders, including the Nevada Court of Appeals' December 9, 2021 order affirming the denial of his state postconviction petition. See Case No. 83145.

If petitioner files a new petition in the future in a new case, he is urged to briefly and clearly state the factual basis for each claimed federal constitutional violation.

**IT IS THEREFORE ORDERED** that the Clerk detach and file the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is dismissed without prejudice to the filing of a new petition in a new action with a properly completed application form to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT IS FURTHER ORDERED** that the Clerk **send** to petitioner one copy of this court's form § 2254 habeas corpus petition, one copy of the application to proceed *in forma pauperis* with instructions, and one copy of the papers he submitted in this action.

**IT IS FURTHER ORDERED** that the Clerk enter judgment accordingly and close this case.

DATED: 2 February 2022.

LARRY H. HICKS
UNITED STATES DISTRICT JUDGE